IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY S. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-0463 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Magistrate Judge Griffin's Report and Recommendation, Document #17, in which she recommends that this action be dismissed for the Plaintiff's failure to prosecute this case and for her failure to comply with the Order entered on December 29, 2006. No objections have been filed.

The Court has read and considered the Report and Recommendation of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

This action is **DISMISSED** for Plaintiff's failure to prosecute this action, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and for the Plaintiff's failure to comply with the Order entered on December 29, 2006, pursuant to Rule 16(f) and 37(b)(2)(C) of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge